M.D. Appeal dkt.
49 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 52 MAL 2019
                                  :
           Petitioner        :
                                  :  Petition for Allowance of Appeal from
                                  :  the Order of the Superior Court
      v.                    :
                                  :
                                  :
SCOTT CHARLES DAVIS,         :
                                  :
          Respondent    :

**ORDER**

**PER CURIAM**

**AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether costs relating to sentencing, and costs relating to re-sentencing, constitute "costs of prosecution and trial" under 16 P.S. § 1403?